# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

EDWIN SEE                                                                                           PLAINTIFF

V.                                    NO. 3:12CV00235 JTR

CAROLYN W. COLVIN,                                                                      DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 30th DAY OF January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE